**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

July 11, 2022

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

**Re:** <u>United States v. Kathryn De La Torre</u>
     **20 Cr. 278 (VEC)**

Dear Judge Caproni,

In 2019, Ms. De La Torre pled guilty in the Northern District of Ohio to conspiracy to commit wire fraud and wire fraud. Ms. De La Torre was sentenced to 3 years of Probation (with the first 4 months on home detention with electronic monitoring).

In May 2020, the jurisdiction over her case was transferred to the Southern District of New York and assigned to Your Honor. <u>See</u> Dkt. Nos. 1-3.

Ms. De La Torre informed her SDNY Probation Officer, Sonales Gonzalez, that she wished to travel internationally to visit her father, who is ill. Officer Gonzalez informed Ms. De La Torre and undersigned counsel that Probation cannot submit emergency travel requests to the Court (Probation can only do so with 6-8 weeks of advance notice) and encouraged her to call the Federal Defenders. Thus, we make this application on her behalf. When asked for Probation's position on this request, Officer Gonzalez said Probation consents to the travel, as long as she provides Probation with a copy of her itinerary.

Specifically, Ms. De La Torre requests permission to visit her sick father, Juan, who lives in Medellin, Colombia from July 24 to August 2, 2022 (the days she was able to get off from work). If this request is granted, Ms. De La Torre will provide a full itinerary to Officer Gonzalez.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Sylvie Levine
Brianna Gallo
Federal Defenders of New York

cc:   Officer Gonzalez, SDNY Probation (by email)

Application GRANTED. Ms. De La Torre must provide a copy of her itinerary to Probation and notify her Probation Officer immediately upon her return.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 7/11/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE